| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Tonia M. Morrison | Social Security number or ITIN: | xxx–xx–8242 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    9/9/16 |
| Case number: | 16–27337–JNP | Date case converted to chapter: | 7    11/27/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tonia M. Morrison | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 103 Windsor Drive<br>Swedesboro, NJ 08085 | |
| 4. | **Debtor's attorney**<br>Name and address | Georgette Miller<br>Law Offices of Georgette Miller, Esq.<br>335 Evesham Avenue<br>Lawnside, NJ 08045 | Contact phone 856–323–1100 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676-6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 12/6/17 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 12, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/13/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-27337-JNP
Tonia M. Morrison                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Dec 06, 2017
                              Form ID: 309A            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db           +Tonia M. Morrison,    103 Windsor Drive,    Swedesboro, NJ 08085-2519
tr           +Andrew Sklar,    1200 Laurel Oak Road,    Suite 102,    Voorhees, NJ 08043-4317
516383878     ADR Associates, Inc.,    100 Ashburn Lane,    #304,    Mount Holly, NJ 08060
516613298    +BAC204-CITIBANK AS TRUSTEE CMLTI2005,    C/O SHELLPOINT MORTGAGE SERVICING,    PO Box 10826,
               Greenville SC  29603-0826
516613299    +BAC204-CITIBANK AS TRUSTEE CMLTI2005,    C/O SHELLPOINT MORTGAGE SERVICING,    PO Box 10826,
               Greenville SC  29603-0826,    BAC204-CITIBANK AS TRUSTEE CMLTI2005,
               C/O SHELLPOINT MORTGAGE SERVICING 29603-0826
516383882    +Fein Such Kahn and Sheppard,    7 Century Drive Suite 201,    Parsippany, NJ 07054-4673
516383885    +P H E A A/h C B,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
516436439    +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
516725127    +U.S. Bank National Association, et al.,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
               Greenville, SC 29603-0826
516383890     Underwood Memorial Hospital,    213 High Street,    Mount Holly, NJ 08060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: info@georgettemillerlaw.com Dec 06 2017 22:58:46      Georgette Miller,
               Law Offices of Georgette Miller, Esq.,    335 Evesham Avenue,    Lawnside, NJ  08045
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:43      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ  07102-5235
516383879    +EDI: AFNIRECOVERY.COM Dec 06 2017 22:38:00      Afni,    1310 Martin Luther King Dr,
               Bloomington, IL 61701-1465
516383880    +EDI: WFNNB.COM Dec 06 2017 22:38:00      Comenity Bank/Ann Taylor,    Po Box 182125,
               Columbus, OH 43218-2125
516383881    +EDI: CCS.COM Dec 06 2017 22:38:00      Credit Collections Svc,    Po Box 773,
               Needham, MA 02494-0918
516820115     EDI: ECMC.COM Dec 06 2017 22:38:00      Educational Credit Management Corporation,
               P.O. Box 16408,    St. Paul, MN 55116-0408
516820116     EDI: ECMC.COM Dec 06 2017 22:38:00      Educational Credit Management Corporation,
               P.O. Box 16408,    St. Paul, MN 55116-0408,    Educational Credit Management Corporatio,
               P.O. Box 16408,    St. Paul, MN 55116-0408
516383883    +E-mail/Text: bankruptcy@flagshipcredit.com Dec 06 2017 22:59:59      Flagship Credit Accept,
               3 Christy Dr Ste 201,    Chadds Ford, PA 19317-9670
516412260    +E-mail/Text: bankruptcy@flagshipcredit.com Dec 06 2017 22:59:59      Flagship Credit Acceptance,
               PO BOX 3807,    Coppell, Tx 75019-4354
516383884    +EDI: IRS.COM Dec 06 2017 22:38:00      IRS-Bankruptcy Dept,    600 Arch Street,    Rm 5200,
               Philadelphia, PA 19106-1611
516383886     EDI: PRA.COM Dec 06 2017 22:38:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516573605     EDI: PRA.COM Dec 06 2017 22:38:00      Portfolio Recovery Associates, LLC,
               c/o New York & Company,    POB 41067,    Norfolk VA 23541
516566356     EDI: PRA.COM Dec 06 2017 22:38:00      Portfolio Recovery Associates, LLC,
               c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
516554703     EDI: Q3G.COM Dec 06 2017 22:38:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA  98083-0788
516383887    +EDI: DRIV.COM Dec 06 2017 22:38:00      Santander Consumer USA,    Po Box 961245,
               Fort Worth, TX 76161-0244
516422746    +EDI: DRIV.COM Dec 06 2017 22:38:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
               Dallas, TX 75356-0284
516383888    +E-mail/Text: jennifer.chacon@spservicing.com Dec 06 2017 23:00:48
               Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516383889     EDI: TFSR.COM Dec 06 2017 22:38:00      Toyota Motor Credit Co,    Toyota Financial Services,
               Po Box 8026,    Cedar Rapids, IA 52408
516519547     EDI: BL-TOYOTA.COM Dec 06 2017 22:38:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516525361     E-mail/Text: jennifer.chacon@spservicing.com Dec 06 2017 23:00:48
               U.S. Bank National Association, as Trustee,    c/o Select Portfolio Servicing, Inc.,
               P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516408132*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Dec 06, 2017
                              Form ID: 309A             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
               Certificates, Series 2005-HE3 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
               Certificates, Series 2005-HE3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Georgette   Miller    on behalf of Debtor Tonia M. Morrison info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
               case.com;gregmont@gbmlaw.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S.
               BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF CITIGROUP MORTGAGE
               LOAN TRUST, ASSET-BACKED PASS-THROUGH CERTIFICAT bankruptcy@feinsuch.com
              Steven P. Kelly    on behalf of Creditor    CITIBANK (CMLTI 2005-HE3) skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 8
```