UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MORRISON, TONIA M.

Case No.: 16-27337-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on February 20, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 103 WINDSOR DRIVE, SWEDESBORO NJ 08085<br>(FMV $314,000.00) |
|---|---|

| Liens on property: | $311,646.00 - SHELLPOINT<br>$23,722.00 - SHELLPOINT |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:         Andrew Sklar, Chapter 7 Trustee

Address:      1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-27337-JNP
Tonia M. Morrison                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin              Page 1 of 2              Date Rcvd: Jan 16, 2018
                                 Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db              +Tonia M. Morrison,    103 Windsor Drive,    Swedesboro, NJ 08085-2519
cr              +THE BANK OF NEW YORK MELLON Et Al...,    Stern & Eisenberg,    1581 Main Street,    Suite 200,
                  Warrington, PA 18976-3400
cr              +U.S. Bank National Association, as Trustee, in tru,    C/O Select Portfolio Servicing Inc.,
                  3815 South West Temple,     Salt Lake City, UT 84115-4412
516383878        ADR Associates, Inc,    100 Ashburn Lane,    #304,   Mount Holly, NJ 08060
516613299       +BAC204-CITIBANK AS TRUSTEE CMLTI2005,    C/O SHELLPOINT MORTGAGE SERVICING,    PO Box 10826,
                  Greenville SC  29603-0826,    BAC204-CITIBANK AS TRUSTEE CMLTI2005,
                  C/O SHELLPOINT MORTGAGE SERVICING 29603-0826
516613298        BAC204-CITIBANK AS TRUSTEE CMLTI2005,    C/O SHELLPOINT MORTGAGE SERVICING,    PO Box 10826,
                  Greenville SC  29603-0826
516383880       +Comenity Bank/Ann Taylor,    Po Box 182125,    Columbus, OH 43218-2125
516820115        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
516820116        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                  Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
516383882       +Fein Such Kahn and Sheppard,    7 Century Drive Suite 201,    Parsippany, NJ 07054-4673
516383885       +P H E A A/h C B,    Aes/Ddb,   Po Box 8183,    Harrisburg, PA 17105-8183
516436439       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
516383887       +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
516422746       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516383889      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
516519547        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
516725127       +U.S. Bank National Association, et al.,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                  Greenville, SC 29603-0826
516383890        Underwood Memorial Hospital,    213 High Street,    Mount Holly, NJ 08060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 00:01:20      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 00:01:18      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516383879       +E-mail/Text: EBNProcessing@afni.com Jan 17 2018 00:01:30      Afni,   1310 Martin Luther King Dr,
                  Bloomington, IL 61701-1465
516383881       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 17 2018 00:02:15
                  Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
516383883       +E-mail/Text: bankruptcy@flagshipcredit.com Jan 17 2018 00:01:36      Flagship Credit Accept,
                  3 Christy Dr Ste 201,    Chadds Ford, PA 19317-9670
516412260       +E-mail/Text: bankruptcy@flagshipcredit.com Jan 17 2018 00:01:36      Flagship Credit Acceptance,
                  PO BOX 3807,    Coppell, Tx 75019-4354
516383884       +E-mail/Text: cio.bncmail@irs.gov Jan 17 2018 00:00:48      IRS-Bankruptcy Dept,
                  600 Arch Street,    Rm 5200,   Philadelphia, PA 19106-1611
516383886        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 00:16:42
                  Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
516573605        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 00:16:42
                  Portfolio Recovery Associates, LLC,    c/o New York & Company,    POB 41067,   Norfolk VA 23541
516566356        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2018 00:16:56
                  Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
516554703        E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2018 00:01:08
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
516383888       +E-mail/Text: jennifer.chacon@spservicing.com Jan 17 2018 00:02:32
                  Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516525361        E-mail/Text: jennifer.chacon@spservicing.com Jan 17 2018 00:02:32
                  U.S. Bank National Association, as Trustee,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
516408132*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1                 User: admin                      Page 2 of 2                  Date Rcvd: Jan 16, 2018
                                     Form ID: pdf905                  Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2018 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew M. Lubin    on behalf of Creditor   U.S. Bank National Association, as Trustee, in trust
               for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
               Certificates, Series 2005-HE3 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, in trust
               for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
               Certificates, Series 2005-HE3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Georgette   Miller    on behalf of Debtor Tonia M. Morrison info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
               case.com;gregmont@gbmlaw.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S.
               BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF CITIGROUP MORTGAGE
               LOAN TRUST, ASSET-BACKED PASS-THROUGH CERTIFICAT bankruptcy@feinsuch.com
              Steven P. Kelly    on behalf of Creditor    CITIBANK (CMLTI 2005-HE3) skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```