**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Santander Consumer USA Inc.
Our File No.: 45645
JM-5630

In Re:

Tonia M. Morrison

Order Filed on January 30, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-27337

Hearing Date: 1-30-2018

Judge: JNP

Chapter: 7

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 30, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____ Santander Consumer USA Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2009 Honda Accord
    Vehicle Identification Number
    1HGCP26399A090733

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Tonia M. Morrison
    Debtor

Case No. 16-27337-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 30, 2018
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db         +Tonia M. Morrison,    103 Windsor Drive,    Swedesboro, NJ 08085-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:

         Andrew  Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
         Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
          for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
          Certificates, Series 2005-HE3 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
          for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
          Certificates, Series 2005-HE3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Georgette  Miller    on behalf of Debtor Tonia M. Morrison info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
          case.com;gregmont@gbmlaw.net;karenl@georgettemillerlaw.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S.
          BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF CITIGROUP MORTGAGE
          LOAN TRUST, ASSET-BACKED PASS-THROUGH CERTIFICAT bankruptcy@feinsuch.com
         Steven P. Kelly    on behalf of Creditor    CITIBANK (CMLTI 2005-HE3) skelly@sterneisenberg.com,
          bkecf@sterneisenberg.com
         Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
          skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                                          TOTAL: 9