**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tonia M. Morrison | Social Security number or ITIN   xxx–xx–8242 |
| | First Name     Middle Name     Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   16–27337–JNP

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tonia M. Morrison

3/29/18

**By the court:**  Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-27337-JNP
Tonia M. Morrison                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 29, 2018
                             Form ID: 318          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db          +Tonia M. Morrison,   103 Windsor Drive,   Swedesboro, NJ 08085-2519
cr          +THE BANK OF NEW YORK MELLON Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,
             Warrington, PA 18976-3400
cr          +U.S. Bank National Association, as Trustee, in tru,   C/O Select Portfolio Servicing Inc.,
             3815 South West Temple,   Salt Lake City, UT 84115-4412
516383878    ADR Associates, Inc,   100 Ashburn Lane,   #304,   Mount Holly, NJ 08060
516613299   +BAC204-CITIBANK AS TRUSTEE CMLTI2005,   C/O SHELLPOINT MORTGAGE SERVICING,   PO Box 10826,
             Greenville SC  29603-0826,   BAC204-CITIBANK AS TRUSTEE CMLTI2005,
             C/O SHELLPOINT MORTGAGE SERVICING 29603-0826
516613298    BAC204-CITIBANK AS TRUSTEE CMLTI2005,   C/O SHELLPOINT MORTGAGE SERVICING,   PO Box 10826,
             Greenville SC  29603-0826
516383882   +Fein Such Kahn and Sheppard,   7 Century Drive Suite 201,   Parsippany, NJ 07054-4673
516383885   +P H E A A/h C B,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
516436439   +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
516725127   +U.S. Bank National Association, et al.,   c/o Shellpoint Mortgage Servicing,   P.O. Box 10826,
             Greenville, SC 29603-0826
516383890    Underwood Memorial Hospital,   213 High Street,   Mount Holly, NJ 08060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:53     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516383879   +EDI: AFNIRECOVERY.COM Mar 30 2018 06:23:00     Afni,   1310 Martin Luther King Dr,
             Bloomington, IL 61701-1465
516383880   +EDI: WFNNB.COM Mar 30 2018 06:23:00     Comenity Bank/Ann Taylor,   Po Box 182125,
             Columbus, OH 43218-2125
516383881   +EDI: CCS.COM Mar 30 2018 06:23:00     Credit Collections Svc,   Po Box 773,
             Needham, MA 02494-0918
516820115    EDI: ECMC.COM Mar 30 2018 06:23:00     Educational Credit Management Corporation,
             P.O. Box 16408,   St. Paul, MN 55116-0408
516820116    EDI: ECMC.COM Mar 30 2018 06:23:00     Educational Credit Management Corporation,
             P.O. Box 16408,   St. Paul, MN 55116-0408,   Educational Credit Management Corporatio,
             P.O. Box 16408,   St. Paul, MN 55116-0408
516383883   +E-mail/Text: bankruptcy@flagshipcredit.com Mar 30 2018 02:41:06     Flagship Credit Accept,
             3 Christy Dr Ste 201,   Chadds Ford, PA 19317-9670
516412260   +E-mail/Text: bankruptcy@flagshipcredit.com Mar 30 2018 02:41:06     Flagship Credit Acceptance,
             PO BOX 3807,   Coppell, Tx 75019-4354
516383884   +EDI: IRS.COM Mar 30 2018 06:24:00     IRS-Bankruptcy Dept,   600 Arch Street,   Rm 5200,
             Philadelphia, PA 19106-1611
516383886    EDI: PRA.COM Mar 30 2018 06:23:00     Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
516573605    EDI: PRA.COM Mar 30 2018 06:23:00     Portfolio Recovery Associates, LLC,
             c/o New York & Company,   POB 41067,   Norfolk VA 23541
516566356    EDI: PRA.COM Mar 30 2018 06:23:00     Portfolio Recovery Associates, LLC,
             c/o Victorias Secret,   POB 41067,   Norfolk VA 23541
516554703    EDI: Q3G.COM Mar 30 2018 06:24:00     Quantum3 Group LLC as agent for,   Comenity Bank,
             PO Box 788,   Kirkland, WA  98083-0788
516383887   +EDI: DRIV.COM Mar 30 2018 06:24:00     Santander Consumer USA,   Po Box 961245,
             Fort Worth, TX 76161-0244
516422746   +EDI: DRIV.COM Mar 30 2018 06:24:00     Santander Consumer USA, Inc.,   P.O. Box 560284,
             Dallas, TX 75356-0284
516383888   +E-mail/Text: jennifer.chacon@spservicing.com Mar 30 2018 02:42:01
             Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250
516383889    EDI: TFSR.COM Mar 30 2018 06:23:00     Toyota Motor Credit Co,   Toyota Financial Services,
             Po Box 8026,   Cedar Rapids, IA 52408
516519547    EDI: BL-TOYOTA.COM Mar 30 2018 06:23:00     Toyota Motor Credit Corporation,
             c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
516525361    E-mail/Text: jennifer.chacon@spservicing.com Mar 30 2018 02:42:01
             U.S. Bank National Association, as Trustee,   c/o Select Portfolio Servicing, Inc.,
             P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                      TOTAL: 20


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Santander Consumer USA Inc.,   PO Box 961245,   Fort Worth, TX 76161-0244
516408132*    Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                      TOTALS: 0, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Mar 29, 2018
                             Form ID: 318              Total Noticed: 31
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
          Andrew  Sklar    andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
           for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
           Certificates, Series 2005-HE3 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
           for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
           Certificates, Series 2005-HE3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Georgette  Miller    on behalf of Debtor Tonia M. Morrison info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
           case.com;gregmont@gbmlaw.net;karenl@georgettemillerlaw.com;cholmes@georgettemillerlaw.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S.
           BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF CITIGROUP MORTGAGE
           LOAN TRUST, ASSET-BACKED PASS-THROUGH CERTIFICAT bankruptcy@feinsuch.com
          Steven P. Kelly    on behalf of Creditor    CITIBANK (CMLTI 2005-HE3) skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                              TOTAL: 9
```